UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

JAMES EDWARD SMITH,
        *Plaintiff-Appellant,*

v.

METROPOLITAN TRANSITIONAL CENTER,
        *Defendant-Appellee.*

No. 02-6383

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
J. Frederick Motz, District Judge.
(CA-01-3338)

Submitted: June 20, 2002

Decided: July 1, 2002

Before MICHAEL and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

### COUNSEL

James Edward Smith, Appellant Pro Se. Gloria Wilson Shelton, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

James Edward Smith appeals the district court's entry of summary judgment for the Metropolitan Transitional Center (the Center) in this action under 42 U.S.C.A. § 1983 (West Supp. 2001). Smith sought damages for pain and suffering, alleging that employees of the Center committed medical malpractice in failing to remove one of several sutures used to repair a wound to his ear. He asserts that the suture caused him pain and discomfort.

To prevail on a § 1983 medical treatment claim, one must allege acts or omissions evidencing deliberate indifference to a serious medical need. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). Deliberate indifference can be established by showing that the medical treatment was so grossly incompetent, inadequate, or excessive as to shock the conscience or to be intolerable to fundamental fairness. *See Miltier v. Beorn*, 896 F.2d 848, 851 (4th Cir. 1990). An assertion of negligence or malpractice in diagnosis and treatment does not present a constitutional claim. *Estelle*, 429 U.S. at 105-06.

Smith's allegation does not amount to a charge of deliberate indifference to a serious medical need, but is a claim of malpractice not actionable under § 1983. Therefore, we affirm the district court's entry of summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*